UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

IN RE:
   JERRY PEYTON FULLER                  CASE NO. 99-82482
   DEBORAH NEWSOME FULLER            JUDGE U.S. Bankruptcy Judge
   892 MC WILDER ROAD
   LOUISBURG NC
                       27549              DATE: 06/06/00
   Debtor(s)

---SSN(1)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 SSN(2)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----------------------

REPORT OF FILED CLAIMS

FILED JUN 1 2 2000 U.S. Bankruptcy Court Greensboro, NC CWB

     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AXSYS NATIONAL BANK<br>F/K/A FINGERHUT NATIONAL BANK<br>11 MCLELAND STREET<br>ST CLOUD MN  56395-0000 | 311.72<br>INT:  .00%<br>096107<br>0009 | Unsecured<br><br>ACCT:805 005 140 4994 970<br>COMM: |
| CAPITAL ONE<br>P O BOX 85167<br>RICHMOND VA<br>23276-0001 | 9,324.27<br>INT:  .00%<br>022173<br>0011 | Unsecured<br><br>ACCT:4388 6413 2141 9595<br>COMM: |
| CARMEL FINANCIAL CORP<br>% AAM<br>6801 LAKE PLAZA DR STE B-16 *SPLIT CLAIM*<br>INDIANAPOLIS IN  46220-0000 | 1,493.92<br>INT: 12.00%<br>054204<br>0002 | Secured<br><br>ACCT:5336-89-0003<br>COMM:KIRBY VACUUM |
| CARMEL FINANCIAL CORP<br>% AAM<br>6801 LAKE PLAZA DR STE B-16 *SPLIT CLAIM*<br>INDIANAPOLIS IN  46220-0000 | 256.08<br>INT:  .00%<br>054204<br>2002 | Unsecured<br><br>ACCT:5336-89-0003<br>COMM:Split Claim |
| CENTURA BANK<br>RECOVERY DEPARTMENT<br>P O BOX 1220<br>ROCKY MOUNT NC  27802-0000 | 5,091.68<br>INT:  9.75%<br>030691<br>0001 | Secured<br><br>ACCT:037-130-220707<br>COMM:CD |
| CHEVY CHASE BANK<br>ATTN DEFAULT DEPT 5TH FL *CONTINUING DEBT*<br>7700 OLD GEORGETOWN ROAD<br>BETHESDA MD  20814-0000 | 405.92<br>INT:  .00%<br>074819<br>0004 | CONTINUING DEBT<br><br>ACCT:9200245538/REG PYMT<br>COMM:2ND DEED/TRUST (RES) |
| CHEVY CHASE BANK<br>ATTN DEFAULT DEPT 5TH FL<br>7700 OLD GEORGETOWN ROAD<br>BETHESDA MD  20814-0000 | 1,623.68<br>INT:  .00%<br>074819<br>0027 | ARREARS-MORTGAGES/MOBILE HOME<br><br>ACCT:9200245538/ARREARS<br>COMM:ARREARS/2ND D/T(RES) |

15

```
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION

COUNTRYWIDE HOME LOANS                  776.00    CONTINUING DEBT
400 COUNTRYWIDE WAY SV-34          INT:    .00%
SIMI VALLEY CA                          087685    ACCT:9506554/REG PYMT
                                93065-0000  0003  COMM:1ST DEED/TRUST (RES)

COUNTRYWIDE HOME LOANS                8,094.90    ARREARS-MORTGAGES/MOBILE HOME
400 COUNTRYWIDE WAY SV-34          INT:    .00%
SIMI VALLEY CA                          087685    ACCT:9506554/ARREARS
                                93065-0000  0026  COMM:ARREARS/1ST D/T(RES)

DIRECTOR OF INTERNAL REVENUE          4,550.19    Priority
SPECIAL PROCEDURES SECTION         INT:    .00%
320 FEDERAL PLACE  ROOM 335             010053    ACCT: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
GREENSBORO NC                   27401-0000  0005  COMM:97,98 INCOME TAX

DIRECTOR OF INTERNAL REVENUE               .00    Unsecured
SPECIAL PROCEDURES SECTION         INT:    .00%   NOT FILED
320 FEDERAL PLACE  ROOM 335             010053    ACCT: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
GREENSBORO NC                   27401-0000  0013  COMM:SEE CLAIM #05

DIRECTOR OF INTERNAL REVENUE          6,231.26    Unsecured
SPECIAL PROCEDURES SECTION         INT:    .00%
320 FEDERAL PLACE  ROOM 335             010053    ACCT: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
GREENSBORO NC                   27401-0000  2005  COMM:93,94 TAX & PENLTIES

DUKE UNIVERSITY MEDICAL CENTER             .00    Unsecured
PRIVATE DIAGNOSTIC CLINIC          INT:    .00%   NOT FILED
718 RUTHERFORD STREET                   024892    ACCT:AD0829
DURHAM NC                       27705-0000  0014  COMM:

FIRST CITIZENS BANK                     671.66    Unsecured
P O BOX 28203                      INT:    .00%
RALEIGH NC                              021409    ACCT:002 4C8
                                27611-0000  0016  COMM:

FRANKLIN COUNTY REGISTER DEEDS           16.00    Special Cost Item
113 S MAIN STREET                  INT:    .00%
P O BOX 545                             036876    ACCT:
LOUISBURG NC                    27549-0000  0024  COMM:RECORD NOTICE

FRANKLIN COUNTY TAX COLLECTOR           148.26    Priority
P O BOX 503                        INT:    .00%
LOUISBURG NC                            019993    ACCT:6875
                                27549-0000  0006  COMM:97 AD VALOREM

FYI HEALTH SERVE                           .00    Unsecured
P O BOX 3017                       INT:    .00%   NOT FILED
MALVERN PA                              082254    ACCT:0032116
                                19355-3017  0022  COMM:

HOME DEPOT - GE CAPITAL               1,393.35    Unsecured
P O BOX 103104                     INT:    .00%
ROSWELL GA                              085756    ACCT:CG3372300238119
                                30076-0000  0021  COMM:063458716-N-N
```

Stamps overlaid on entries: "CONTINUING DEBT" (on first Countrywide entry), "SPLIT CLAIM" (on two Director of Internal Revenue entries).

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INDUSTRIAL ACCEPTANCE CORP<br>138 ORANGE STREET<br>P O BOX 1573<br>NEW HAVEN CT  06506-0000 | 1,785.82<br>INT:  .00%<br>034569<br>0017 | Unsecured<br><br>ACCT:950719 095<br>COMM: |
| JC PENNEYS<br>P O BOX 27570<br>ALBUQUERQUE NM  87125-0000 | .00<br>INT:  .00%<br>075818<br>0018 | Unsecured<br>NOT FILED<br>ACCT:286-717-20961<br>COMM: |
| LEE C CURRIN DDS<br>P O BOX 297<br>110 SHANNON VILLAGE SHOP CTR<br>LOUISBURG NC  27549-0000 | .00<br>INT:  .00%<br>049112<br>0012 | Unsecured<br>NOT FILED<br>ACCT:04668<br>COMM: |
| MAX FLOW CORP<br>ON BEHALF OF MBNA AMERICA BANK<br>P O BOX 2434<br>CAROL STREAM IL  60132-2434 | 5,787.00<br>INT:  .00%<br>058151<br>0019 | Unsecured<br><br>ACCT:5329000594790407<br>COMM: |
| MAX RECOVERY INC<br>SUCCESSOR TO FCC NATIONAL BANK<br>P O BOX 10228<br>NEWARK NJ  07193-0228 | 6,561.69<br>INT:  .00%<br>056023<br>0015 | Unsecured<br><br>ACCT:0008125710761617<br>COMM: |
| MCCALLA RAYMER PADRICK ET AL<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA  30076-2102 | .00<br>INT:  .00%<br>024215<br>0025 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMM:REPS: COUNTRYWIDE HL |
| PEARSON MUSIC CO<br>3750 CHAPEL HILL BLVD<br>P O BOX 51819<br>DURHAM NC  27717-1819 | .00<br>INT:  .00%<br>039961<br>0007 | Secured<br>NOT FILED<br>ACCT:FULLERDEBO<br>COMM:FLUTE |
| SEARS ROEBUCK & COMPANY<br>P O BOX 450087<br>ATLANTA GA  31145-0000 | 3,524.05<br>INT:  .00%<br>020220<br>0023 | Unsecured<br><br>ACCT:21 50295 09312 5<br>COMM: |
| THE BELK CENTER INC<br>P O BOX 740933<br>DALLAS TX  75374-0000 | 383.30<br>INT:  .00%<br>025938<br>0010 | Unsecured<br><br>ACCT:326 804 285 6<br>COMM: |
| WACHOVIA BANK OF NC<br>BANKRUPTCY UNIT NC 31027<br>P O BOX 3099<br>WINSTON SALEM NC  27150-1027 | 8,437.50<br>INT: 8.99%<br>041867<br>0008 | VEHICLE<br><br>ACCT: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-005511<br>COMM:95 CHEVY LUMINA V6 |
| WACHOVIA BANK OF NC<br>BANKRUPTCY UNIT NC 31027<br>P O BOX 3099<br>WINSTON SALEM NC  27150-1027 | 1,304.86<br>INT:  .00%<br>041867<br>2008 | Unsecured<br><br>ACCT: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-005511<br>COMM:Split Claim |

*SPLIT CLAIM* (stamped across Wachovia entries)

```
NAME AND ADDRESS OF CREDITOR              AMOUNT     CLASSIFICATION
-------------------------------------------------------------------
WALKER FUNERAL HOME                          .00     Unsecured
P O BOX 456                           INT:   .00%    NOT FILED
WINDSOR NC                                090763     ACCT:
                                27983-0000    0020   COMM:
-------------------------------------------------------------------
TOTAL                                   68,173.11
-------------------------------------------------------------------
DONALD D PERGERSON                       1,000.00    ATTORNEY
140 W ANDREWS AVENUE
P O BOX 2289
HENDERSON NC                    27536-0000
-------------------------------------------------------------------
```

RICHARD M HUTSON II
P O BOX 3613
DURHAM NC
          27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, US Bankruptcy Court
> 101 S. Edgeworth Street
> PO Box 26100
> Greensboro, NC 27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 6-8-00

OFFICE OF THE CHAPTER 13 TRUSTEE
By: *Jamie Hewett*
Clerk
Chapter 13 Office
PO Box 3613
Durham, NC 27702-3613

cc: Debtor(s)
Attorney for Debtor(s)

**AUDITED IN TRUSTEE'S OFFICE**

By: JH